UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  SACV 22-992-KS | Date: November 2, 2022 |
| Title  *Javier Valenzuela v. Orions Management Group, LLC, et al.* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | CS-11/02/2022 |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| Aidan W. Butler | N/A |

**Proceedings: (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE AND ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR COURT HEARING**

On November 2, 2022, at 10:00 a.m., a Scheduling Conference was set before the Honorable Karen L. Stevenson. (Dkt. No. 17.) Defendant's counsel, Mr. Timothy Peter Johnson, failed to appear for the hearing. Accordingly, **the Scheduling Conference is continued to Tuesday, November 8, 2022, at 11:00 a.m. in Courtroom 580 of the Roybal Federal Building and Courthouse, 255 E. Temple St., Los Angeles, CA 90012**. **All counsel must appear in person.**

Further, Mr. Johnson is **ORDERED TO SHOW CAUSE on or before Monday, November 7, 2022,** why the Court should not impose sanctions for his lack of appearance. Mr. Johnson may discharge the Order to Show Cause by filing, **on or before Monday, November 7, 2022**, a declaration of no more than three (3) pages, signed under penalty of perjury, explaining the circumstances that prevented his appearance for today's Scheduling Conference. Failure to comply with this Order will result in sanctions against Mr. Johnson for failure to comply with a Court order.

**IT IS SO ORDERED.**

|  | : 03 mins |
|---|---:|
| **Initials of Preparer** | gr |