JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER VALENZUELA, an individual,<br><br>　　　Plaintiff,<br>　v.<br>ORIONS MANAGEMENT GROUP, LLC, etc.,<br><br>　　　Defendants. | CASE NO.: 22-CV-00992 KS<br><br>[~~PROPOSED~~] ORDER |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the foregoing stipulation of the parties, with good cause shown, the above-captioned matter is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: September 22, 2023

*Karen L. Stevenson*
_____
**MAGISTRATE JUDGE OF**
**THE U.S. DISTRICT COURT**

1

[~~PROPOSED~~] ORDER

1025775.1